# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randy L. Thomas,

      Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv231

Graham C. Mullen,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/18/07 Order.

Frank G. Johns, Clerk
United States District Court

Signed: June 19, 2007

dockets.Justia.com