# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randy L. Thomas,

    Plaintiff(s),

vs.

Graham C. Mullen,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv231

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/18/07 Order.

_____
Frank G. Johns, Clerk
United States District Court

Signed: June 19, 2007